# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| OCTAVIA MERTENS, ANGELICA HERRERA, BELEN CADENA, and KELLY SANCHEZ,<br>*Plaintiffs*<br><br>v.<br><br>BENELUX CORPORATION d/b/a PALAZIO MEN'S CLUB, ANTHANASES STAMATOPOULOS, and MICHAEL MEALEY,<br>*Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br><br>Case No. 1:24-CV-00276-RP |

## O R D E R

Plaintiffs Octavia Mertens, Angelica Herrera, Belen Cadena, and Kelly Sanchez filed their Complaint on March 12, 2024. Dkt. 1. Defendants Benelux Corporation d/b/a Palazio Men's Club, Anthanases Stamatopoulos, and Michael Mealey filed their motion to dismiss on April 30, 2024. Dkt. 6. Contrary to this Court's Local Rules, the parties have not yet submitted a proposed scheduling order. *See* W.D. TEX. LOC. R. CV-16(c) (requiring that the parties to a case submit a proposed scheduling order to the court no later than 60 days after any appearance of any defendant).

**IT IS ORDERED** that the parties consult the website for the U.S. District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and file a joint agreed proposed scheduling order using Judge Robert Pitman's form on or before **July 19, 2024**.

**SIGNED** on July 2, 2024.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE