# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| Octavia Mertens, Angelica Herrera, Belen Cadena, Kelly Sanchez, Maggie Montes, Breona Horne | § § § § | NO: AU:24-CV-00276-RP |
| vs. | § | |
| Benelux Corporation, Anthanases Stamatopoulos, Michael Mealey | | |

## ORDER SETTING INITIAL PRETRIAL CONFERENCE

The parties, or counsel acting on their behalf, are **ORDERED** to appear for an initial pretrial conference **by telephone** on December 16, 2024 at 11:15 AM. The Court will set a trial date at the conference, so the parties must be prepared to discuss trial settings. The parties are directed to use the following dial-in information:

**Please call in 5 minutes before the hearing starts.**

1. Toll free number: (855) 244-8681
2. Access code: 2307 492 0535#

Use of speaker phones is prohibited during a telephonic appearance, and use of mobile phones is discouraged due to poor audio quality. Because earlier hearings in other cases may be in progress when attorneys call in, they should mute their phones and wait for the Courtroom Deputy to call this case before they speak.

If there are questions regarding the telephonic appearance, the parties should contact courtroom deputy Katherine Wallace at Katherine_Wallace@txwd.uscourts.gov.

December 2, 2024

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE