UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| BREONA HORNE, *et al.*, § | |
| § | |
| *Plaintiffs*, § | |
| § | |
| v. § | |
| § | CIVIL ACTION NO. 1:24-cv-00276-RP |
| BENELUX CORPORATION, d/b/a § | |
| PALAZIO MEN'S CLUB, *et al.*, § | |
| § | |
| *Defendants*. § | |

## AGREED MOTION FOR ENTRY OF PROTECTIVE ORDER

Plaintiffs Breone Horne and Maggie Montes, and Defendants Benelux Corporation, d/b/a Palazio Men's Club, Anthanases Stamatopoulos, and Michael Mealey (collectively, "Defendants"), respectfully move the Court for entry of the agreed Confidentiality and Protective Order, attached as Exhibit A.

The parties anticipate producing documents, or portions thereof, that contain confidential, sensitive, or proprietary business information in the course of the litigation. To facilitate the exchange of information, the parties have agreed to limit disclosure of certain confidential information as defined in the agreed Confidentiality and Protective Order.

The proposed Agreed Confidentiality and Protective Order is agreed to by all parties.

For these reasons, the parties respectfully ask the Court to enter the proposed Confidentiality and Protective Order attached as Exhibit A to this motion.

[signature blocks on next page]

1

Respectfully submitted,

| | |
|---|---|
| /s/ *Caitline Boehne* *w/p | /s/ *William X. King* |
| Ryan Estes | William X. King |
| State Bar No. 24120586 | State Bar No. 24072496 |
| Caitlin Boehne | MCDOWELL HETHERINGTON LLP |
| State Bar No. 24075815 | 1001 Fannin St., Ste. 2400 |
| Kaplan Law Firm | Houston, Texas 77002 |
| 2901 Bee Cave Road, Suite G | Tel.: (713) 221-3840 |
| Austin, Texas (512) 814-7348 | Fax: (713) 337-8850 |
| restes@kaplanlawatx.com | william.king@mhllp.com |
| cboehne@kaplanlawatx.com | **ATTORNEY FOR DEFENDANTS** |
| **ATTORNEYS FOR PLAINTIFFS** | |

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that the foregoing document has been served on counsel of record in accordance with the Federal Rules of Civil Procedure via email and/or filing through the Court's ECF System on April 11, 2025.

                                                */s/ William X. King*
                                                William X. King